UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR-22-322 (SRN/TNL)

UNITED STATES OF AMERICA,

vs.                                                                       NOTICE OF WITHDRAWAL

MATTHEW THOMAS ONOFRIO,

               Defendant.

PLEASE TAKE NOTICE that, pursuant to LR 83.7(a)(1), Attorney Katherine C. Running is no longer an attorney with Halberg Criminal Defendant.  Therefore, the undersigned hereby withdraws Katherine C. Running as counsel in the above-entitled matter.

Multiple attorneys from Halberg Criminal Defense are attorneys of record in this matter.  Marsh J. Halberg will remain as counsel after my withdrawal.

                                                        **HALBERG CRIMINAL DEFENSE**

Dated:  November 15, 2023                     */s/ Marsh J. Halberg*
                                                        Marsh J. Halberg, #39548
                                                        7900 Xerxes Avenue South, Suite 1700
                                                        Bloomington, MN  55431
                                                         (952) 224-4848