UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR-22-322 (SRN/TNL)

UNITED STATES OF AMERICA,

vs.

MATTHEW THOMAS ONOFRIO,

         Defendant.

MOTION TO MODIFY
CONDITIONS OF RELEASE

    The above-entitled matter was before the Court on November 23, 2022. At that time, one of the imposed conditions of release was that travel is restricted to Minnesota and Wisconsin, unless prior approval from the Court.

    The Defendant moves the Court for an Order modifying the Conditions of Release to allow travel within the continental United States with prior approval of Probation.

    The U.S. Probation Office and Assistant U.S. Attorney Rob Lewis do not oppose this modification.

Dated:  December 5, 2023

*/s/ Marsh J. Halberg*
Marsh J. Halberg, #39548
7900 Xerxes Avenue South
Suite 1700
Bloomington, MN 55431
612-333-3673